IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: GOOGLE, INC. COOKIE      :
PLACEMENT CONSUMER PRIVACY      :   Civ. No. 12-MD-2358
LITIGATION                      :

**O R D E R**

**AND NOW**, this **3rd** day of **September, 2019**, the case having been remanded by the Third Circuit Court of Appeals and reassigned to the Honorable Eduardo C. Robreno, it is hereby **ORDERED** that the Court shall hold a telephonic status and scheduling conference **on October 8, 2019 at 10:00 a.m.** Plaintiff's counsel shall initiate the teleconference between the parties and call into chambers once all parties are on the line.

AND IT IS SO ORDERED.

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,       J.*